*Ridgely* and *Bayard* for plaintiff.

### BARKER, Assignee, v. REYNOLDS.

Court of Common Pleas. Kent. May, 1796.

*Bayard's Notebook, 138.*

PER CURIAM. The evidence is not regular. The plea is payment, and upon this issue the assignment cannot be controverted.

Witness rejected.

*Ridgely* and *Bayard* for plaintiff.

*Clark* and *Miller* for defendant.